## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARREN ROE,                          :     Civil No. 4:21-CV-01676
                                     :
    Plaintiff,                   :
                                     :
    v.                           :
                                     :
CANNON OIL & GAS WELL                :
SERVICE, INC.                        :
                                     :
    Defendant.                   :     Judge Jennifer P. Wilson

## CASE MANAGEMENT ORDER

Counsel participated in a telephonic status conference with the court on this date, at which time, agreements were reached by the parties in consultation with the court.  The following summary of dates and deadlines is provided for convenience, but counsel shall review the entirety of this order.

### Summary of Dates and Deadlines

| | |
|---|---|
| Status conference: | November 23, 2022, at 10:30 a.m. |
| Fact discovery: | December 30, 2022 |
| Dispositive motions and supporting briefs: | January 31, 2023 |
| Plaintiff's expert reports: | January 31, 2023 |
| Defendant's expert reports: | March 3, 2023 |
| Supplemental and rebuttal expert reports: | March 17, 2023 |
| Expert discovery: | April 14, 2023 |
| Motions in limine and supporting briefs: | May 10, 2023 |
| Pretrial memoranda: | June 7, 2023 |
| Proposed voir dire and jury instructions: | June 7, 2023 |
| Final pretrial conference: | June 21, 2023, at 10:30 a.m. |
| Trial: | July 3, 2023 |

**IT IS ORDERED THAT**:

1.      **Trial List.**  The above case is hereby placed on the July, 2023 trial list.  Jury selection for trials on this list will commence at 9:30 a.m. on **July 3, 2023**, in a courtroom to be determined in Harrisburg, Pennsylvania.  Counsel are attached for trial.  Trials will commence immediately following the completion of jury selections.  Counsel should note that criminal matters take priority over and may delay the beginning of the civil trial list.

2.      **Status Conference.**  A status conference will be conducted via telephone by the court on **November 23, 2022, at 10:30 a.m.**  Counsel for Plaintiff shall initiate the telephone conference and have all parties on the line prior to calling chambers at (717) 221-3970.  The purpose of this conference will be to discuss any outstanding discovery issues, settlement options, and any other issues. Participation in this conference by counsel and by self-represented parties is mandatory.  Any counsel of record may participate in this conference call.

3.      **Fact Discovery.**  Fact discovery shall be completed by **December 30, 2022**. All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

4.      **Expert Reports and Expert Discovery**.  Plaintiff's expert reports are due on **January 31, 2023**.  Defendant's expert reports are due on **March 3, 2023**.

Supplemental and rebuttal expert reports are due on **March 17, 2023**.  Expert

discovery shall be completed by **April 14, 2023**.

**5.**     **Dispositive Motions.**  Dispositive motions <u>and</u> supporting briefs shall be

filed by **January 31, 2023**.  Briefing on dispositive motions shall comply with

Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any

dispositive motions shall be filed by the above date.

**6.**     **Motions in Limine**.  Motions in limine <u>and</u> supporting briefs shall be filed

by **May 10, 2023**.

**7.**     **Pretrial Memoranda, Voir Dire, and Jury Instructions**.  Pretrial

memoranda, proposed voir dire questions, the joint voir dire fact statement, and

proposed jury instructions shall be filed by **June 7, 2023**.  No later than seven days

before this date, counsel shall hold a conference as indicated in Local Rule 16.3.

**8.**     **Final Pretrial Conference**.  A final pretrial conference will be held on **June

21, 2023, at 10:30 a.m**., in a courtroom to be determined in Harrisburg,

Pennsylvania.

s/Jennifer P. Wilson_____
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: July 20, 2022